UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | |
| | -CR-    (  ) (  ) |
| Julio Prado | 20 Mag 8460 |
| Defendant(s). | |

-------------------------------------------------------------------X

Defendant _____Julio Prado_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__    Bail/Detention Hearing

___     Conference Before a Judicial Officer


  /s/ Julio Prado by Sylvie Levine              /s/ Sylvie Levine_____
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

     Julio Prado  _____                Sylvie Levine_____
Print Defendant's Name                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 August 27, 2020                                _____
Date                                            U.S. District Judge/U.S. Magistrate Judge